UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MECHELLE KINCHEN, | No. CV 18-10311 PA (DFMx) |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | Honorable Percy Anderson<br>United States District Judge |
| MEGAN J. BRENNAN, Postmaster General of the United States Postal Service, | |
| Defendant. | |

1

## **ORDER**

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that Protected Material, as defined in the Stipulation, may be disclosed by the parties and used pursuant to and in accordance with the Stipulation.

DATED:   February 08, 2020

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


 /s/ Aaron C.G. Carpenter
AARON C.G. CARPENTER
PAUL B. GREEN
Assistant United States Attorneys

Attorneys for Defendant