JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHELLE KINCHEN | CV 18-10311 PA (DFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MEGAN J. BRENNAN, Postmaster General of the United States Postal Service, | |
| Defendant. | |

Pursuant to the Court's May 6, 2020 Minute Order granting the Motion for Summary Judgment filed by defendant Megan J. Brennan, Postmaster General of the United States Postal Service ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Mechelle Kinchen ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in her favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have her costs of suit.

DATED: May 6, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE